# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Angelica Rivera, et al.
                                  Plaintiff,

v.                                               Case No.: 1:13–cv–04493
                                                        Honorable Robert W. Gettleman

Sheriff of Cook County, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2014:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 5/21/2014. Discovery ordered closed 11/18/2014. Status hearing set for 11/18/2014 at 9:00 a.m. mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.