## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Angelica Rivera, et al.

                                        Plaintiff,

v.                                                       Case No.: 1:13–cv–04493
                                                      Honorable Robert W. Gettleman

Sheriff of Cook County, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2014:

       MINUTE entry before the Honorable Jeffrey Cole: laintiff's counsel fails to appear for the second time in a row. Mr. Flaxman is ordered to appear at all future proceedings in this case. Status hearing held and continued to 1/14/2014 at 08:30 AM. Defendant reports that plaintiff has not issued any discovery. There will be no continuances of the 11/18/14 discovery cutoff. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.